THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Daniel Lamar
 Larry, Appellant.
 
 
 

Appeal from Union County
 Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2008-UP-143
Submitted March 3, 2008  Filed March 4,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of
 Columbia; Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Daniel Lamar Larry appeals
 his convictions for assault with intent
 to kill and trafficking in crack cocaine, as well as sentence of ten years for the assault charge and eighteen years for the trafficking
 charge to be served consecutively.  Larry
 contends the trial court erred in refusing to charge entrapment.  After a thorough review of the record
 and counsels brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss Larrys appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
ANDERSON, SHORT and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.